UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEVEN McNEIL, et al,

               Plaintiff(s)

                      24 civ 7681 (JGK)

       -against-

CITY OF NEW YORK,

               Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for Monday, January 27, 2025, at 3:30pm, is canceled.

**SO ORDERED.**

_____
          **JOHN G. KOELTL**
   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 21, 2025