**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
STEVEN MCNEIL, et al.,

               Plaintiffs,

               -against-

CITY OF NEW YORK,

               Defendant.

------------------------------------------------------------x

24-CV-7681 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to file a joint status letter on the docket by **March 14, 2025**, proposing three dates for another Preliminary Settlement Conference Call.

**SO ORDERED.**

Dated: February 11, 2025
       New York, New York

                                         *s/ Ona T. Wang*
                                         **Ona T. Wang**
                              United States Magistrate Judge