# MEMO ENDORSED.



**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**SHIVANI R. DAMERA**
*Assistant Corporation Counsel*
Labor and Employment Law Division
Telephone: (212) 356-2444
E-mail: sdamera@law.nyc.gov

June 2, 2025

**By ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: McNeil et. al. v. City of New York
1:24-cv-07681 (JGK)

Dear Judge Wang:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, attorney for Defendant in the above-referenced action. I write to respectfully request an adjournment of the Pre-Settlement Conference Scheduled on June 17, 2025. See ECF Doc. No. 49. This is Defendant's first request for an adjournment. Plaintiffs consent to Defendant's request for an adjournment. The parties are available on June 23, June 24, June 25, and June 26 at any time for a Pre-Settlement Conference Call.

      Thank you for your consideration of this request.

Application **GRANTED.** The conference currently scheduled for June 17 is **ADJOURNED** to **Thursday, July 17, 2025 at 3:00 p.m.** The dial-in information remains the same.

**SO ORDERED.**

Ona T. Wang        June 3, 2025
U.S.M.J.

Respectfully submitted,

/s/ *Shivani Damera*

Shivani R. Damera
Assistant Corporation Counsel