UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
STEVEN MCNEIL, et al.,

            Plaintiffs,

           -against-

CITY OF NEW YORK,

           Defendant.

------------------------------------------------------------x

24-CV-7681 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' settlement submission, (ECF 59), pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and finds that the proposed settlement is fair and reasonable.

The Clerk of Court is respectfully directed close the case.

**SO ORDERED.**

Dated: November 24, 2025
       New York, New York

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge